

Case 14-27926    Filed 03/22/17    Doc 94

```
                                             FILED

                                           MAR 22 2017

                                    UNITED STATES BANKRUPTCY COURT
                                    EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                          )
                               )
JOEL ESTRELLA                  )
                               )
     Debtor.                   )     Case No.  14-27926-C-7
                               )
                               )     Docket Control No. CRG-4
                               )
_____)

## AMENDED FINDINGS

The court makes these amended findings pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rule of Bankruptcy Procedure 7052 and made applicable to contested matters by Federal Rule of Bankruptcy Procedure 9014.

In making oral findings on the record, the court misstated its finding as to the value of the property, located at 4718-4760 International Blvd., Oakland, California, as of August 1, 2014, as $1,150,000.00 when it should be, and the court hereby finds it be, $1,250,000.00.

Based on the fact that the debtor owns a one third (1/3) interest in the property, the correct calculation is as follows: the court finds that with a value of $1,250,000.00 and consensual liens that total $925,032.80, the equity in the property is $324,967.20. The debtor's one third interest in that equity is found to be $108,322.40.

The debtor filed an amended Schedule C that purported to exempt $23,387.00 on the property pursuant to California Code of

Civil Procedure § 703.140(b)(5).  At trial, the debtor conceded on the record that because the debtor had used part of the C.C.P. §§ 703.140(b)(1) and 703.140(b)(5) exemptions to exempt other property, the debtor only had $21,802.82 available to exempt the property.  Therefore, the debtor's available equity in the property, $108,322.40, minus his allowable exemption, $21,802.82, is found to be $86,519.58.

Accordingly, the judgment lien of Suprema Meat Company, recorded with the County of San Joaquin on February 7, 2014 in the amount of $94,720.89, in so far as it applies to the interest of the debtor, Joel Estrella, is avoided to the extent it exceeds $86,519.58.

DATE: March 22, 2017

---
UNITED STATES BANKRUPTCY JUDGE

Case 14-27926   Filed 03/22/17   Doc 94

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Joel Estrella
2039 Lara Ct.
Tracy, California 95377

Carl R Gustafson
1525 Contra Costa Blvd.
Pleasant Hill, California 94523

Michael D McGranahan
PO Box 5018
Modesto CA, 95352

Robin D. Shofner
1830 15th Street, Suite 100
Sacramento, CA 95811